UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOM VILSACK, Secretary of Agriculture, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 1:16-cv-00914 <br><br> Hon. Christopher R. Cooper |

**JOINT PROPOSED SCHEDULE**

1. Plaintiff Animal Legal Defense Fund and Defendants, the United States Department of Agriculture ("USDA") and Tom Vilsack, in his official capacity as Secretary of Agriculture, hereby submit this Joint Proposed Schedule pursuant to the Court's July 12, 2016 Minute Order.

2. This action under the Administrative Procedure Act seeks to challenge an agency decision denying Animal Legal Defense Fund's request to intervene in an administrative enforcement proceeding brought by USDA's Animal and Plant Health Inspection Service ("APHIS") against the Sellner Partnership and its two partners, Pamela J. Sellner and Thomas J. Sellner. *In re Pamela J. Sellner Tom J. Sellner, etc., et al.*, AWA Dockets 15-0152, 15-0123, 15-0154, 15-0155 ("Sellner AWA Case"). The parties believe that this Administrative Procedure Act case can be resolved on summary judgment, and have prepared a briefing schedule to resolve the issues in this case. The parties agree that the schedule may be modified for good cause.

1

3.In paragraph 68 of Defendants' Answer, Defendants stated that the parties in the Sellner AWA Case have requested that Chief Administrative Law Judge Bobbie J. McCartney schedule an oral hearing in that case on October 11, 2016, through October 14, 2016. A hearing date, however, has not yet been scheduled in that case. In order to avoid duplicative administrative proceedings should the Court decide to grant Plaintiff relief, the parties have agreed to an expedited summary judgment briefing schedule that will conclude September 26, 2016. If the oral hearing before the Chief Administrative Law Judge is scheduled for a later date than proposed by the parties to that matter, Defendants and/or Plaintiff may propose a revised schedule to allow the parties additional time for briefing and the Court additional time to consider the motion.

4.Accordingly, at this time, the parties propose the following briefing schedule:

| Date | Event |
|---|---|
| **Aug. 11, 2016** | Defendants file Certified Index of Administrative Record and serve Plaintiff contents of Administrative Record (L.R. 7(n)(1))[1] |
| **Aug. 22, 2016** | Plaintiff files Motion for Summary Judgment |
| **Sept. 12, 2016** | Defendants file Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment |
| **Sept. 19, 2016** | Plaintiff files Reply in support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment |
| **Sept. 26, 2016** | Defendants file Reply in support of Cross-Motion for Summary Judgment |
| **Sept. 28, 2016** | Plaintiff files Appendix of Administrative Record (L.R. 7(n)(2)) |

---

[1] Any dispute over the Administrative Record and related briefing may affect the dates for filing briefs on the merits. In the event a dispute arises over the contents of the Administrative Record, the parties will confer and, if warranted, will propose a revised briefing schedule.

Respectfully submitted this 25th day of July, 2016,

/s/ *Daniel H. Lutz*
Daniel H. Lutz (D.D.C. Bar No. D00424)
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
Tel: (202) 662-9549
Fax: (202) 662-9634
daniel.lutz@law.georgetown.edu

*Counsel for Plaintiff*

and

CHANNING D. PHILLIPS
D.C. BAR # 415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: ⎽⎽/s/⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendants*